FOIA Summons (12/11) (Page 2)

Civil Action No. 1:19-cv-72

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the U.S. Attorney's Office for the District of Columbia
was received by me on *(date)* 01/16/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the U.S. Attorney's Office by mailing a copy of the summons and complaint via U.S. certified mail to the civil process clerk at the United State's Attorney's Office for the District of Columbia. The tracking information for proof of service is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/27/2019

*Emma Bruden*
*Server's signature*

Emma Bruden, Counsel for Plaintiff
*Printed name and title*

Kampmeier & Knutsen
Mailing: P.O. Box 15099, Portland, OR 97293
Location: 221 SE 11th Ave., Suite 217, Portland, OR 97214
*Server's address*

Additional information regarding attempted service, etc:

In addition to the summons (Dkt. 4) and complaint (Dkt. 1), on the same date as noted above I served the U.S. Attorney's Office for the District of Columbia copies of the civil cover sheet (Dkt. 1-1), proposed summonses (Dkts. 1-2 - 1-5), Motion for Leave to Appear Pro Hac Vice and attachments (Dkts. 2 - 2-2), Plaintiff's Corporate Disclosure Statement (Dkt. 3), and the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form (Dkt. 4-1).

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

9590 9402 3674 7335 2180 16

2. Article Number (Transfer from service label)

7018 0360 0000 6175 3881

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
JAN 23 2019

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530   OFFICIAL USE

Certified Mail Fee   $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery   $ $0.00

Postage   $2.05
Total Postage and Fees   $8.25

Postmark Here
01/18/2019

Sent To
Civil Process Clerk, U.S. Attorney's Office for the District of Columbia
Street and Apt. No., or PO Box No.
555 4th Street, N.W.
City, State, ZIP+4®
Washington, D.C. 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0360 0000 6175 3881