UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILDEARTH GUARDIANS**, a New Mexico non-profit corporation,<br><br>       Plaintiff,<br><br> v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>       Defendants. | Case No. 1:19-cv-00072-CRC |

## JOINT STATUS REPORT

Plaintiff WildEarth Guardians ("Guardians") and Defendants U.S. Department of the Interior ("Interior") and the U.S. Bureau of Land Management ("BLM") (jointly, "Defendants") submit this joint status report, as per this Court's March 22, 2019 order (Dkt. #13).

1.  This case concerns three requests for documents that Guardians submitted to Interior under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"). Specifically, in January 2018, Guardians submitted a request to: BLM's New Mexico State Office, BLM's Washington Office, and Interior's Office of the Secretary.

2.  The parties previously requested, and this Court ordered, *inter alia*, (1) that all case deadlines stayed pending Defendants' responses to the three FOIA requests at issue in this case; (2) that Defendants shall review at least 1,500 pages of records potentially responsive to the FOIA requests each month, and Defendants shall disclose the responsive, non-exempt portion of its review to Guardians on the fifteenth (15th) day of every month until Defendants disclose all non-exempt portions of the potentially responsive records; (3) that the parties file joint status

reports with the Court every sixty (60) days to inform the Court of the progress the parties have made. Dkt. #13, ¶¶ 1–4.

3.      On June 14, 2019, BLM's New Mexico State Office sent Guardians a third partial response letter, stating it has reviewed 1,517 pages of records and is releasing 953 pages in full, releasing 125 pages as partially redacted, and fully withholding 439 pages under the deliberative process privilege of FOIA Exemption 5.

4.      On July 11, 2019, BLM's New Mexico State Office sent Guardians an amended third partial response letter, stating it has reviewed 1,517 pages of records and is releasing 953 pages in full, releasing 125 pages as partially redacted under FOIA Exemption 6, fully withholding 435 pages under the deliberative process privilege of FOIA Exemption 5, and fully withholding 4 pages under the attorney-client privilege of FOIA Exemption 5.

5.      Also on July 11, 2019, BLM's New Mexico State Office sent Guardians a fourth partial response letter, stating that it has reviewed 1,582 pages of records and is disclosing 324 pages in full, and fully withholding 1,258 pages under the deliberative process privilege of Exemption 5.

6.      Guardians has some questions about the disclosures in this case, and the parties are working cooperatively to resolve Guardians' questions without Court intervention.

//

//

7.      Defendants have indicated to Guardians that there are additional potentially responsive records remaining for review, and the parties will continue operating under the Court schedule, *see* Dkt. #13, with the next joint status report due September 17, 2019.


Respectfully submitted this 19th day of July 2019.

s/ Emma A. O. Bruden_____
Emma A. O. Bruden (OR Bar #163525)
   ***Admitted pro hac vice***
Kampmeier & Knutsen PLLC
P.O. Box 15099
Portland, Oregon 97293
Tel: (503) 719-5641
emma@kampmeierknutsen.com

DAVID BAHR (D.D.C. Bar #OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, Oregon 97402
Tel: (541) 556-6439
davebahr@mindspring.com

*Attorneys for Plaintiff*

JESSE K. LIU
United States Attorney
D.C. Bar #472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. Bar #924092

    /s/ Paul Cirino_____
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the
      District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Email: paul.cirino@usdoj.gov

*Attorneys for Defendant*