UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILDEARTH GUARDIANS**, a New Mexico non-profit corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>        Defendants. | Case No. 1:19-cv-00072-CRC |

## JOINT STATUS REPORT

Plaintiff WildEarth Guardians ("Guardians") and Defendants U.S. Department of the Interior ("Interior") and the U.S. Bureau of Land Management ("BLM") (jointly, "Defendants") submit this Joint Status Report, as per this Court's March 22, 2019 order (ECF No. 13).

  1.  This case concerns three requests for documents that Guardians submitted to Interior under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"). Specifically, in January 2018, Guardians submitted a request to: BLM's New Mexico State Office, BLM's Washington Office, and Interior's Office of the Secretary.

  2.  The parties previously requested, and this Court ordered, *inter alia*, (1) that all case deadlines are stayed pending Defendants' responses to the three FOIA requests at issue in this case; (2) that Defendants shall review at least 1,500 pages of records potentially responsive to the FOIA requests each month, and Defendants shall disclose the responsive, non-exempt portion of its review to Guardians on the fifteenth (15th) day of every month until Defendants disclose all non-exempt portions of the potentially responsive records; (3) that the parties file

joint status reports with the Court every sixty (60) days to inform the Court of the progress the parties have made.  ECF No. 13 ¶¶ 1-4.

3.     On November 15, 2019, BLM's New Mexico State Office sent Guardians an eighth partial response letter, stating that it has reviewed 1,750 pages of records and is disclosing 294 pages in full, disclosing 168 pages with partial redactions pursuant to deliberative process privilege of Exemption 5 or under Exemption 6, fully withholding 194 pages under the deliberative process privilege of Exemption 5, and fully withholding 1,094 pages that were non-responsive or not applicable.

4.     On December 15, 2019, BLM's New Mexico State Office sent Guardians a ninth partial response letter, stating that it has reviewed 1,718 pages of records and is disclosing 20 pages in full, disclosing 322 pages with partial redactions pursuant to deliberative process privilege of Exemption 5 and under the government commercial privilege or under Exemption 6, and fully withholding 1,376 pages that were non-responsive or not applicable.

5.     The parties are continuing to work cooperatively to resolve any issues in this case without Court intervention.

6.     Defendants have indicated to Guardians that there are additional custodians who may have potentially responsive records and that there are additional potentially responsive records remaining for review, and the parties will continue operating under the Court schedule, *see* ECF No. 13, with the next joint status report due March 13, 2020.

Respectfully submitted this 14th day of January 2020.

| | |
|---|---|
| /s/ Emma Bruden_____ | JESSE K. LIU |
| Emma A. O. Bruden (OR Bar #163525) | United States Attorney |
|   *Admitted pro hac vice* | D.C. Bar #472845 |
| Kampmeier & Knutsen PLLC | |
| P.O. Box 15099 | DANIEL F. VAN HORN |
| Portland, Oregon 97293 | Chief, Civil Division |

Tel: (503) 719-5641
emma@kampmeierknutsen.com

DAVID BAHR (D.D.C. Bar #OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, Oregon 97402
Tel: (541) 556-6439
davebahr@mindspring.com

*Attorneys for Plaintiff*

D.C. Bar #924092

   /s/ Paul Cirino
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the
    District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Email: paul.cirino@usdoj.gov

*Attorneys for Defendant*