UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILDEARTH GUARDIANS**, a New Mexico non-profit corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR**, and **U.S. BUREAU OF LAND MANAGEMENT**,<br><br>                              Defendants. | Case No. 1:19-cv-00072-CRC |

## JOINT STATUS REPORT

Plaintiff WildEarth Guardians ("Guardians") and Defendants U.S. Department of the Interior ("Interior") and U.S. Bureau of Land Management ("BLM") (jointly, "Defendants") submit this Joint Status Report, as per this Court's March 22, 2019 order (ECF No. 13).

1.      This case concerns three requests for documents that Guardians submitted to Interior under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"). Specifically, in January 2018, Guardians submitted a request to: BLM's New Mexico State Office, BLM's Washington Office, and Interior's Office of the Secretary.

2.      The parties previously requested, and this Court ordered, *inter alia*, (1) that all case deadlines are stayed pending Defendants' responses to the three FOIA requests at issue in this case; (2) that Defendants shall review at least 1,500 pages of records potentially responsive to the FOIA requests each month, and Defendants shall disclose the responsive, non-exempt portion of its review to Guardians on the fifteenth (15th) day of every month until Defendants disclose all non-exempt portions of the potentially responsive records; (3) that the parties file

joint status reports with the Court every sixty (60) days to inform the Court of the progress the parties have made.  ECF No. 13 ¶¶ 1–4.

3. On January 15, 2020, BLM's New Mexico State Office sent Guardians its 10th partial response letter, stating that it had reviewed 1,726 pages of records and was disclosing 127 pages in full and 46 pages with partial redactions pursuant to the deliberative process privilege of Exemption 5 or under Exemption 6, and fully withholding 1,553 pages that were non-responsive or not applicable.

4. On February 12, 2020, BLM's New Mexico State Office sent Guardians its 11th partial response letter, stating that it had reviewed 1,605 additional pages and was disclosing 80 pages in full and fully withholding 1,525 pages that were non-responsive or not applicable.

5. The parties are continuing to work cooperatively to resolve any issues in this case without Court intervention.

6. Defendants have indicated to Guardians that there are additional custodians who may have potentially responsive records and that there are additional potentially responsive records remaining for review, and the parties will continue operating under the Court schedule, *see* ECF No. 13, with the next Joint Status Report due May 12, 2020.

Respectfully submitted this 13th day of March 2020.

| | |
|---|---|
| /s/ Emma Bruden_____ | TIMOTHY J. SHEA |
| Emma A. O. Bruden (OR Bar #163525) | United States Attorney |
| *Admitted pro hac vice* | D.C. Bar #437437 |
| Kampmeier & Knutsen PLLC | |
| P.O. Box 15099 | DANIEL F. VAN HORN |
| Portland, Oregon 97293 | Chief, Civil Division |
| Tel: (503) 719-5641 | D.C. Bar #924092 |
| emma@kampmeierknutsen.com | |
| | /s/ Paul Cirino |
| DAVID BAHR (D.D.C. Bar #OR0001) | PAUL CIRINO |
| Bahr Law Offices, P.C. | Assistant United States Attorney |
| 1035 ½ Monroe Street | Civil Division |

Eugene, Oregon 97402  
Tel: (541) 556-6439  
davebahr@mindspring.com  

*Attorneys for Plaintiff*

U.S. Attorney's Office for the  
    District of Columbia  
555 Fourth St., N.W.  
Washington, D.C. 20530  
Phone: (202) 252-2529  
Email: paul.cirino@usdoj.gov  

*Attorneys for Defendant*