UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILDEARTH GUARDIANS,**<br><br>  Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR**, and<br>**U.S. BUREAU OF LAND MANAGEMENT**,<br><br>  Defendants. | Case No. 1:19-cv-00072-CRC |

## JOINT STATUS REPORT

Plaintiff WildEarth Guardians ("Guardians") and Defendants U.S. Department of the Interior ("Interior") and U.S. Bureau of Land Management ("BLM") (jointly, "Defendants") submit this Joint Status Report, as per this Court's March 22, 2019 order (ECF No. 13).

1.  This case concerns three requests for documents that Guardians submitted to Interior under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"). Specifically, in January 2018, Guardians submitted a request to: BLM's New Mexico State Office, BLM's Washington Office, and Interior's Office of the Secretary.

2.  This Court ordered, *inter alia*, (1) that all case deadlines are stayed pending Defendants' responses to the three FOIA requests at issue in this case; (2) that Defendants shall review at least 1,500 pages of records potentially responsive to the FOIA requests each month, and Defendants shall disclose the responsive, non-exempt portion of its review to Guardians on the fifteenth (15th) day of every month until Defendants disclose all non-exempt portions of the potentially responsive records; (3) that the parties file joint status reports with the Court every sixty (60) days to inform the Court of the progress the parties have made.  ECF No. 13 ¶¶ 1–4.

3.  On July 15, 2020, BLM's New Mexico State Office sent Guardians a partial response, stating that it had reviewed 4,211 pages and was disclosing 536 pages in full and 13

pages with partial redactions based on the deliberative process privilege of Exemption 5, or under Exemption 6, and fully withholding 755 pages under the deliberative process privilege of Exemption 5. Interior also determined that 2,907 pages were non-responsive or not applicable.

4. On August 14, 2020, BLM's New Mexico State Office sent Guardians a partial response, stating that had reviewed 3,023 pages of records and was disclosing 212 pages in full, disclosing 150 pages with partial redactions under the deliberative process privilege or government commercial privilege of Exemption 5, and fully withholding 1,943 pages under the deliberative process privilege of Exemption 5. Interior also determined that 718 pages were non-responsive or not applicable. The parties are continuing to work cooperatively to resolve any issues in this case without Court intervention.

5. Defendants have indicated to Guardians that there are additional potentially responsive records remaining for review, and the parties will continue operating under the Court schedule, *see* ECF No. 13, with the next joint status report due November 6, 2020.

Respectfully submitted this 8th day of September 2020.

| | |
|---|---|
| /s/ Emma Bruden | MICHAEL R. SHERWIN |
| Emma A. O. Bruden (OR Bar #163525) | Acting United States Attorney |
| *Admitted pro hac vice* | |
| Kampmeier & Knutsen PLLC | DANIEL F. VAN HORN, D.C. BAR #924092 |
| P.O. Box 15099 | Chief, Civil Division |
| Portland, Oregon 97293 | |
| Tel: (503) 719-5641 | /s/ Paul Cirino |
| emma@kampmeierknutsen.com | PAUL CIRINO |
| | Assistant United States Attorney |
| DAVID BAHR (D.D.C. Bar #OR0001) | Civil Division |
| Bahr Law Offices, P.C. | 555 4th Street, N.W. |
| 1035 ½ Monroe Street | Washington, DC  20530 |
| Eugene, Oregon 97402 | Telephone:  (202) 252-2529 |
| Tel: (541) 556-6439 | paul.cirino@usdoj.gov |
| davebahr@mindspring.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |